

# SUBCONTRACT AGREEMENT

Between

AEM Services
(Prime Contractor)

And

W.W. Gay Fire Protection, Inc d/b/a W.W. Gay Fire & Integrated Systems, Inc.
(Subcontractor)

Prime Contract:

Contract #: N6945021C0071
Subcontract #: 22AEM107-02

Contract Name: B1343 Electrical & Lighting Project

Contract Location: NAVFAC Southeast PWD
Mayport, FL 32228-0073

EXHIBIT
B

## SUBCONTRACTING AGREEMENT

This SUBCONTRACT is entered into on the 17th day of October 2022 between, AEM Services, having offices at 102 Peachtree St. Fort Valley, GA 31030 (hereinafter also called "Prime Contractor," "Contractor," or "AEM Services") and W.W. Gay Fire Protection, Inc d/b/a W.W. Gay Fire & Integrated Systems, Inc. having offices at 2251 Rosselle Street, Jacksonville, FL 32204 (hereinafter also called "Subcontractor").

**W.W. Gay Fire Protection, Inc d/b/a W.W. Gay Fire & Integrated Systems, Inc.,** hereinafter referred to as Subcontractor, is to provide labor, materials, equipment, supervision, and quality control necessary in connection with the construction of the Project described herein.

**PROJECT TITLE:**           B1343 Electrical & Lighting Project
**CONTRACT #:**              22AEM107

Also INCLUDED as part of this Subcontract Agreement are the following:
- General and specific Conditions as they apply
- Labor Standards

**FOR THE ENTIRE SUM OF:**
**Eight Hundred Eighty Thousand One Hundred Sixty-Four Dollars and Sixty-Nine Cents ($880,164.69)**

INCLUDES: The Supply of Materials, Labor and Adequate Manpower to complete the requirements below:

Scope of Work:
- Close isolation valves on four AFFF oscillating monitor stations and rewire the tamper switches to clear the fire alarm panel after valves are closed.
- Demo existing 1200A switchboard, Panels PPA, PPB, LPA and 1-75KVA transformer.
- Provide and install new 1200A switchboard, Panels PPA, PPB, LPA and 1-75KVA transformer.
- Replace panel feeder conductors to panel PPA, PPB, LPA and 1- 75KVA utilizing existing raceway.
- Provide and install 1 new 90 KVA 400HZ converter fed from new 1200A switchboard.
- Provide and install 1 new 225A 480V panel, 1 new 225A 208V panel and 1 new 75kva transformer fed with new raceway and conductors from new 1200A switchboard.
- Demo existing 100A (qty of 2) disconnect switches and replace with new 100A enclosed circuit breaker.
- Replace feeder conductors to the two existing 100A receptacle location utilizing existing raceway.
- Provide and install new 100A enclosed circuit breakers (Qty of 3) fed with new raceway and conductors from new 1200A switchboard.
- Provide and install 5 Mil spec receptacles MS90555C44150S on the north side of the passageway.

Option 1 Scope of Work:
- Demo approx. 66 hangar bay light fixtures.
- Provide and install approx. 43 Type A fixtures in hangar bay area.
- Provide and install approx. 23 Type AE fixtures in hangar bay area.
- Provide and install 1 lighting control panel, 1 Daylight sensor and 1 Override switch.

Option 2 Scope of Work:
- Demo existing feeders from T1343 to B1343 and Swab existing raceway for debris.
- Provide and install new XHHW conductors to suit 1200A either VIA 4 sets of 350MCM or 3sets of 600MCM in existing raceway.
- Provide and install new 1000kva primary transformer on existing T1343 primary circuit.
- Provide and install Schneider ION metering system.

**A current CERTIFICATE OF INSURANCE and W-9 must be on file in our office prior to any work being performed and prior to any payment.**

The above-specified project is to be completed in strict conformance with all specifications and conditions relating to this agreement. In addition, the project is to be performed in compliance with OSHA regulations and local, state, and national building codes. Although the contractor has control over the quality of the work relating to this project the subcontractor is an independent contractor in all respect; the subcontractor is responsible for their employees, second tier subcontractors, materials, equipment and all applicable taxes, benefits, and insurance. The subcontractor is

responsible for coordinating their activity with the other trades and promptly cleaning-up any surplus or refuse, which was created by their work.

**Payment will be made as follows:**

**TO SUBMIT INVOICE (FOR WORK COMPLETED AND/OR MATERIAL ORDERED) TO:**

♦ **AEM Services, by the 25th of the month.**

♦ **Contractor shall make payment of approved progress payment request within ten (10) days of receipt of Payment from Owner or General Contractor and as further defined in Section 12.**

# Table of Contents

ARTICLE 1:  THE SUBCONTRACT DOCUMENTS ................................................................... 5
ARTICLE 2:  MUTUAL RIGHTS AND RESPONSIBILITIES ................................................... 5
ARTICLE 3:  CONTRACTOR ...................................................................................................... 5
   3.1   SERVICES PROVIDED BY THE CONTRACTOR ........................................... 5
   3.2   COMMUNICATIONS ........................................................................................... 6
   3.3   CLAIMS BY THE CONTRACTOR .................................................................... 6
   3.4   CONTRACTOR'S REMEDIES ........................................................................... 6
ARTICLE 4: SUBCONTRACTOR ................................................................................................ 6
   4.1   EXECUTION AND PROGRESS OF THE WORK ............................................. 6
   4.2   LAWS, PERMITS, FEES AND NOTICES ......................................................... 7
   4.3   SAFETY PRECAUTIONS AND PROCEDURES ............................................. 7
   4.4   CLEANING UP ...................................................................................................... 8
   4.5   WARRANTY ......................................................................................................... 8
   4.6   INDEMNIFICATION ........................................................................................... 8
   4.7   REMEDIES FOR NONPAYMENT ...................................................................... 9
   4.8   SITE INSPECTION AND FAMILIARITY WITH THE WORK ...................... 9
   4.9   DAILY REPORTS ................................................................................................ 9
   4.10   LIENS ................................................................................................................... 9
   4.11   PROTECTION OF WORK ................................................................................. 9
ARTICLE 5:  CHANGES IN THE WORK .................................................................................. 10
ARTICLE 6:  MEDIATION AND ARBITRATION .................................................................... 10
   6.1   MEDIATION ........................................................................................................ 10
   6.2   ARBITRATION ................................................................................................... 10
ARTICLE 7:  TERMINATION, SUSPENSION OR ASSIGNMENT OF THE
SUBCONTRACT ......................................................................................................................... 11
   7.1   TERMINATION BY THE CONTRACTOR .................................................... 11
   7.2   SUSPENSION BY THE CONTRACTOR FOR CONVENIENCE ................ 12
   7.3   ASSIGNMENT OF THE SUBCONTRACT ..................................................... 12
ARTICLE 8:  THE WORK OF THIS SUBCONTRACT ............................................................. 12
ARTICLE 9: DATE OF COMMENCEMENT AND SUBSTANTIAL  COMPLETION ........ 13
ARTICLE 10:  SUBCONTRACT SUM ....................................................................................... 13
ARTICLE 11: PAYMENT BY CONTRACTOR ......................................................................... 13
ARTICLE 12:  PROGRESS PAYMENTS ................................................................................... 14
ARTICLE 13:  FINAL PAYMENT .............................................................................................. 15
ARTICLE 14:  INSURANCE AND BONDS ............................................................................... 15
   14.1   INSURANCE REQUIREMENTS ................................................................... 15
   14.2   PERFORMANCE BOND AND PAYMENT BOND: ..................................... 15
   14.3   PROPERTY INSURANCE .............................................................................. 15
   14.4   WAIVERS OF SUBROGATION .................................................................... 16
ARTICLE 15:  TEMPORARY FACILITIES AND WORKING CONDITIONS ..................... 16
ARTICLE 16:  MISCELLANEOUS PROVISIONS .................................................................... 16
ARTICLE 17:  ENUMERATION OF SUBCONTRACT DOCUMENTS ............................... 17
ARTICLE 18: SETTLEMENT OF DISPUTES ........................................................................... 17
ARTICLE 19: ADDITIONAL PROVISIONS ............................................................................. 18

# ARTICLE 1:  THE SUBCONTRACT DOCUMENTS

**1.1**  The  Subcontract  Documents  consist  of  (1)  this  Agreement;  (2)  Modifications issued subsequent to the execution of the Agreement between the Owner and Contractor, whether  before or after the execution of this Agreement; (3) other documents listed in Article 16 of this Agreement; and
(4) Modifications to this Subcontract issued after execution of this Agreement. These form the Subcontract, and  are as  fully  a  part  of  the  Subcontract  as  if attached  to  this  Agreement  or repeated  herein.  The  Subcontract  represents  the  entire  and  integrated  agreement  between  the parties  hereto  and  supersedes  prior  negotiations,   representations,  or  agreements,  either written or oral. An enumeration of the Subcontract Documents, other than  Modifications issued subsequent to the execution of this Agreement, appears in Article 17.

**1.2** Except to the extent of a conflict with a specific term or condition contained in the Subcontract Documents,  the General Conditions governing this Subcontract shall be those of the Prime Contract.

**1.3** The Subcontract may be amended or modified only by a Modification. The Subcontract Documents shall not  be construed  to  create  a  contractual  relationship  of  any  kind  between the  Owner  and  the  Subcontractor,  or  between any persons or entities other than the Contractor and Subcontractor.

**1.4** The Subcontractor shall be furnished copies of the Subcontract Documents upon request, but the Contractor  may charge the Subcontractor for the reasonable cost of reproduction.

# ARTICLE 2:  MUTUAL RIGHTS AND RESPONSIBILITIES

**2.1** The Contractor and Subcontractor shall be mutually bound by the terms of this Agreement and the provisions  of  the  Prime  Contract  that  apply  to  the  Work  of  the  Subcontractor,  the Contractor  shall  assume  toward  the  Subcontractor all  obligations  and  responsibilities that the Owner, under such documents, assumes toward the  Contractor, and the Subcontractor shall assume toward the Contractor all obligations and responsibilities which  the Contractor, under such documents, assumes toward the Owner. The Contractor shall have the benefit of all  rights, remedies, and redress against the Subcontractor which the Owner, under such documents, has against the   Contractor, and the Subcontractor shall have the benefit of all rights, remedies and redress against the Contractor  which the Contractor, under such documents, has against the Owner, insofar as applicable to this Subcontract.  Where a provision of such documents is inconsistent with a provision of this  Agreement, this Agreement shall  govern.

**2.2** The Contractor may require the Subcontractor to enter into agreements with Sub-subcontractors performing  portions of the Work of this Subcontract by which the Subcontractor and the Sub-subcontractor are mutually  bound, to the extent of the Work to be performed by the Sub-subcontractor, assuming toward each other all  obligations and responsibilities which the Contractor and Subcontractor assume toward each other and having the  benefit of all rights, remedies and redress each against the other which the Contractor and Subcontractor have by   virtue of the provisions of this Agreement.

# ARTICLE 3:  CONTRACTOR

## 3.1 SERVICES PROVIDED BY THE CONTRACTOR
**3.1.1** The Contractor shall provide the Subcontractor copies of the Contractor's construction schedule and  schedule of submittals, together with such additional scheduling details as will enable the Subcontractor to  plan and perform the Subcontractor's Work properly. The Subcontractor shall be notified promptly of  subsequent changes in the construction and submittal schedules and additional scheduling details.

**3.1.2**  The Contractor shall provide suitable areas for storage of the Subcontractor's materials and   equipment during the course of the Work.

**3.1.3**  Except as provided in Article 14, the Contractor's equipment will be available to the Subcontractor  only at the Contractor's discretion and on mutually satisfactory terms.

## 3.2 COMMUNICATIONS

**3.2.1**  If the Contractor asserts or defends a claim against the Owner which relates to the Work of the Subcontractor, the Contractor shall make available to the Subcontractor  information relating to that  portion of the claim which relates to the Work of the Subcontractor.

## 3.3 CLAIMS BY THE CONTRACTOR

**3.3.1**  Liquidated damages for delay shall be assessed against the Subcontractor to the extent caused by the  Subcontractor or any person or entity for whose acts the Subcontractor may be liable.

**3.3.2**  The Contractor's claims for services or materials provided the Subcontractor shall require:
   **a.**   Seven (7) days prior written notice except in an emergency.
   **b.**   Written compilations to the Subcontractor of services and materials provided and charges for  such services and materials no later than the fifteenth day of the following month.

## 3.4 CONTRACTOR'S REMEDIES

**3.4.1**  If the Subcontractor defaults or neglects to carry out the Work in accordance with this Agreement  and fails within three working days after receipt of written notice from the Contractor to commence and  continue correction of such default or neglect with diligence and promptness, the Contractor may,  and  without prejudice to any other remedy the Contractor may have, make good such deficiencies and may  deduct the reasonable cost thereof from the payments then or thereafter due the Subcontractor.

# ARTICLE 4: SUBCONTRACTOR

## 4.1 EXECUTION AND PROGRESS OF THE WORK

**4.1.1**  The Subcontractor shall supervise and direct the Subcontractor's Work, and shall cooperate with the  Contractor in scheduling and performing the Subcontractor's Work to avoid conflict, delay in or  interference with the Work of the Contractor, other subcontractors or Owner's own forces.

**4.1.2**  The Subcontractor shall promptly submit Shop Drawings, Product Data, Samples and similar  submittals required by the Subcontract Documents with reasonable promptness and in such sequence as to  cause no delay in the Work or in the activities of the Contractor or other subcontractors.

**4.1.3**  The Subcontractor shall submit to the Contractor a schedule of values allocated to the various parts  of  the Work of  this Subcontract, aggregating the Subcontract Sum, made out in  such detail as the   Contractor and Subcontractor may agree upon or as required by the Owner, and supported by such evidence  as the Contractor may require. In applying for payment, the Subcontractor shall submit statements based  upon this schedule.

**4.1.4**  The Subcontractor shall furnish to the Contractor periodic progress reports on the Work  of  this  Subcontract as mutually agreed, including information on the status of materials and equipment, which may  be in the course of preparation, manufacture or transit.

**4.1.5**  The Subcontractor agrees that the Contractor and the Owner will each have the authority to reject  Work of  the  Subcontractor which  does  not  conform  to  the  Prime

Contract. The Owner's decisions on matters relating to aesthetic effect shall be final and binding on the Subcontractor if consistent with the intent expressed in the Prime Contract.

**4.1.6** The Subcontractor shall pay for all materials, equipment, and labor used in connection with the performance of this Subcontract through the period covered by previous payments received from the Contractor, and shall furnish satisfactory evidence, when requested by the Contractor, to verify compliance with the above requirements.

**4.1.7** The Subcontractor shall take necessary precautions to protect properly the Work of other subcontractors from damage caused by negligent operations under this Subcontract.

**4.1.8** The Subcontractor shall cooperate with the Contractor, other subcontractors and the Owner's own force whose Work might interfere with the Subcontractor's Work. The Subcontractor shall participate in the preparation of coordinated drawings in areas of congestion, if required by the Prime Contract, specifically noting, and advising the Contractor of potential conflicts between the Work of the Subcontractor and that of the Contractor, other subcontractors or the Owner's own forces.

## 4.2 LAWS, PERMITS, FEES AND NOTICES

**4.2.1** The Subcontractor shall give all notices and comply with all laws, ordinances, rules, regulations, and orders of any public authority bearing on the performance of the Work. Subcontractor shall at all times perform all work in accordance with the current regulations of the Occupational Health and Safety Administration (OSHA) and where applicable, the Environmental Protection Agency (EPA) and the state agencies where requirements extend to the Work performed by Subcontractor. Subcontractor shall be responsible for any citations, fines and penalties if OSHA regulations or other regulations are violated and to take the steps necessary, at Subcontractor's expense, to maintain compliance with all applicable regulations. The Subcontractors shall secure and pay for all permits and governmental fees, licenses and inspections necessary for the proper execution and completion of the Work, the furnishing of which is required of the Contractor by the Contract Documents.

**4.2.2** The Subcontractor shall comply with federal, state and local tax laws, social security acts, unemployment compensation acts and worker's compensation acts insofar as applicable to the performance of the Subcontract.

**4.2.3** The Subcontractor shall take all reasonable safety precautions with respect to his Work, shall comply with all safety measures initiated by the Contractor and with all applicable laws, ordinances, rules, regulations and orders of any public authority for the safety of persons or property in accordance with the requirements of the Contract Documents. The Subcontractor shall report within three (3) days to the Contractor any injury to any of the Subcontractor's employees at the Project site.

**4.2.4** The Subcontractor shall give notices and comply with laws, ordinances, rules, regulations and orders of public authorities bearing on performance of the Work of this Subcontract. The Subcontractor shall secure and pay for permits and governmental fees, licenses and inspections necessary for proper execution and completion of the Subcontractor's Work, the furnishing of which is required of the Contractor by the Prime Contract.

**4.2.5** Notwithstanding the foregoing or any other provisions in the Prime Contract or Contract Documents, the parties acknowledge and agree that Subcontractor is not a design or engineering professional, and therefore Subcontractor assumes no responsibility for ensuring that any design or engineering provided by Contractor, Owner or any third party is compliant with applicable laws, statues, ordinances, building codes, and rules or regulations.

## 4.3 SAFETY PRECAUTIONS AND PROCEDURES

**4.3.1** The Subcontractor shall take reasonable safety precautions with respect to

performance of this Subcontract, shall comply with safety measures initiated by the Contractor and with applicable laws, ordinances, rules, regulations and orders of public authorities for the safety of persons and property in accordance with the requirements of the Prime Contract. The Subcontractor shall report to the Contractor immediately an injury to an employee or agent of the Subcontractor, which occurred at the site.

**4.3.2** If hazardous substances of a type of which an employer is required by law to notify its employees are being used on the site by the Subcontractor, the Subcontractor's Sub-subcontractors or anyone directly or indirectly employed by them, the Subcontractor shall, prior to harmful exposure of any employees on the site to such substance, give written notice of the chemical composition thereof to the Contractor in sufficient detail and time to permit compliance with such laws by the Contractor, other subcontractors and other employers on the site.

**4.3.3** If reasonable precautions will be inadequate to prevent foreseeable bodily injury or death to persons resulting from a material or substance, including but not limited to asbestos or polychlorinated biphenyl (PCB), encountered on the site by the Subcontractor, the Subcontractor shall, upon recognizing the condition, immediately stop Work in the affected area and report the condition to the Contractor in writing. When the material or substance has been rendered harmless, the Subcontractor's Work in the affected area shall resume upon written agreement of the Contractor and Subcontractor. The Subcontract Time shall be extended appropriately as provided in Article 5 of this Agreement.

### 4.4 CLEANING UP

**4.4.1** The Subcontractor shall keep the Project site and surrounding area free from accumulation of waste materials or rubbish caused by operations performed under this Subcontract.

**4.4.2** As provided under Subparagraph 3.3.2, if the Subcontractor fails to clean up as provided in the Subcontract Documents, the Contractor may charge the Subcontractor for the Subcontractor's appropriate share of cleanup costs.

### 4.5 WARRANTY

**4.5.1** The Subcontractor warrants to the Owner and Contractor that materials and equipment furnished under this Subcontract will be of good quality and new unless otherwise required or permitted by the Subcontract Documents, that the Work of this Subcontract will be free from defects not inherent in the quality required or permitted, and that the Work will conform to the requirements of the Subcontract Documents for a period of one (1) year from the date of substantial completion of Subcontractor's Work.. Work not conforming to these requirements, including substitutions not properly approved and authorized, may be considered defective. The Subcontractor's warranty excludes remedy for damage or defect caused by abuse, modifications not executed by the Subcontractor, improper or insufficient maintenance, improper operation, or normal wear and tear under normal usage. This warranty shall be in addition to and not in limitation of any other warranty or remedy required by law or by the Subcontract Documents.

### 4.6 INDEMNIFICATION

**4.6.1** The Subcontractor shall indemnify and hold harmless the Owner, Contractor, and agents and employees of any of them from and against claims, damages, losses and expenses, including but not limited to attorney's fees, arising out of or resulting from performance of the Subcontractor's Work under this Subcontract, provided that any such claim, damage, loss or expense is attributable to bodily injury, sickness, disease or death, or to injury to or destruction of tangible property (other than the Work itself), but only in proportion to the extent caused by the negligent acts or omissions of the Subcontractor, the Subcontractor's Sub-subcontractors, anyone directly or indirectly employed by them or anyone for whose acts they may be liable. Such obligation shall not be construed to negate, abridge, or otherwise reduce other rights or obligations of

indemnity which would otherwise exist as to a party or person described in this Paragraph 4.6.

**4.6.2** In claims against any person or entity indemnified under this Paragraph 4.6 by an employee of the Subcontractor, the Subcontractor's Sub-subcontractors, anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under Subparagraph 4.6.1 shall not be limited by a limitation on the amount or type of damages, compensation or benefits payable by or for the Subcontractor or the Subcontractor's Sub-subcontractors under workers' compensation acts, disability benefit acts or other employee benefit acts.

### 4.7 REMEDIES FOR NONPAYMENT
**4.7.1** If the Contractor does not pay the Subcontractor through no fault of the Subcontractor, within seven (7) days from the time payment should be made as provided in this Agreement, the Subcontractor may, without prejudice to any other available remedies, upon seven additional days' written notice to the Contractor, stop the Work of this Subcontract until payment of the amount owing has been received.

### 4.8 SITE INSPECTION AND FAMILIARITY WITH THE WORK
Subcontractor warrants that prior to signing this Subcontract Agreement, Subcontractor has made reasonable visual on-site inspections and familiarized himself with the Contract Documents and reasonably visual job site conditions and restrictions attending the Work. Subcontractor further warrants that he has satisfied himself as to the general nature and location of the Work to be performed and the general and local conditions. Subcontractor agrees that he will make no claim for, and has no right to additional payment or extension of time for completion of the Work because of any failure on his part to acquaint himself with all reasonably observable conditions relating to the Work and the Contract.

### 4.9 DAILY REPORTS
**4.9.1** Subcontractor shall forward daily reports to the QC Manager or Project Manager on a daily basis. Reports must include manpower, man-hours and detail of production completed.

### 4.10 LIENS
**4.10.1** Contractor may retain sufficient funds, out of any money due or thereafter to become due by the Contractor to the Subcontractor, to pay same and all costs incurred by reason of any lien imposed on the Project site by reason of Subcontractor's Work, and may pay said lien or claim on bond and costs out of any funds at any time in the hands of the Contractor owing to the Subcontractor.

**4.10.2** When required by Contractor and as a condition precedent to payment, Subcontractor shall provide, in a form satisfactory to Contractor and Owner, partial lien and claim waivers and affidavits from Subcontractor and its subcontractors, employees, material men and suppliers applicable to the Work for which Subcontractor seeks payment. Such lien and clam waivers may be made conditional upon payment.

### 4.11 PROTECTION OF WORK
**4.11.1** During performance and until final acceptance of the Work by the Contractor and Owner, the Subcontractor shall be responsible for and under a strict obligation to protect its finished and unfinished Work, material, equipment and other things against any damage, loss or injury produced by Subcontractor's negligence, and in the event of such damage, loss, or injury, the Subcontractor shall promptly replace or repair such work, material, equipment or other thing. Subcontractor may purchase a builder's risk insurance policy against such perils as fire, vandalism, wind and extended coverage.

**4.11.2** Subcontractor shall take all necessary precautions in carrying out his Work to properly protect the Work of the Contractor or other subcontractors, and in the event of

any damage, loss or injury to such Work caused by Subcontractor's negligence, Subcontractor shall promptly replace or repair such work

# ARTICLE 5: CHANGES IN THE WORK

**5.1** The Owner may make changes in the Work by issuing Modifications to the Prime Contract. Upon receipt of such a Modification issued subsequent to the execution of the Subcontract Agreement, the Contractor shall promptly notify the Subcontractor of the Modification if applicable to the Work of this Agreement. Unless otherwise directed by the Contractor, the Subcontractor shall not thereafter order materials or perform Work which would be inconsistent with the changes made by the Modifications to the Prime Contract.

**5.2** The Subcontractor may be ordered in writing by the Contractor, without invalidating this Subcontract, to make changes in the Work within the general scope of this Subcontract consisting of additions, deletions or other revisions, including those required by Modifications to the Prime Contract issued subsequent to the execution of this Agreement, the Subcontract Sum and the Subcontract Time being adjusted accordingly. The Subcontractor, prior to the commencement of such changed or revised Work, shall submit promptly to the Contractor written copies of a claim for adjustment to the Subcontract Sum and Subcontract Time for such revised Work in a manner consistent with requirements of the Subcontract Documents.

**5.3** The Subcontractor shall make all claims promptly to the Contractor for additional cost, extensions of time and damages for delays or other causes in accordance with the Subcontract Documents. A claim which will affect or become part of a claim which the Contractor is required to make under the Prime Contract within a specified time period or in a specified manner shall be made in sufficient time to permit the Contractor to satisfy the requirements of the Prime Contract. Such claims shall be received by the Contractor not less than two working days preceding the time by which the Contractor's claim must be made. Failure of the Subcontractor to make such a timely claim shall bind the Subcontractor to the same consequences as those to which the Contractor is bound.

# ARTICLE 6: MEDIATION AND ARBITRATION

## 6.1 MEDIATION

**6.1.1** Any claim arising out of or related to this Subcontract, except claims as otherwise provided in Subparagraph 4.1.5 and except those waived in this Subcontract, shall be subject to mediation as a condition precedent to arbitration or the institution of legal or equitable proceedings by either party.

**6.1.2** The parties shall endeavor to resolve their claims by mediation which, unless the parties mutually agree otherwise, shall be in accordance with the Construction Industry Mediation Rules of the American Arbitration Association currently in effect. Request for mediation shall be filed in writing with the other party to this Subcontract and the American Arbitration Association. The request may be made concurrently with the filing of a demand for arbitration but, in such event, mediation shall proceed in advance of arbitration or legal or equitable proceedings, which shall be stayed pending mediation for a period of 60 days from the date of filing, unless stayed for a longer period by agreement of the parties or court order.

**6.1.3** The parties shall share the mediator's fee and any filing fees equally. The mediation shall be held in the place where the Project is located, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.

## 6.2 ARBITRATION

**6.2.1** Any claim arising out of or related to this Subcontract, except claims as otherwise provided in Subparagraph 4.1.5 and except those waived in this Subcontract, shall be subject to arbitration. Prior to arbitration, the parties shall endeavor to resolve disputes by mediation in accordance with the provisions of Paragraph 6.1.

**6.2.2** Claims not resolved by mediation shall be decided by arbitration which, unless the parties mutually agree otherwise, shall be in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association currently in effect. Demand for arbitration shall be filed in writing with the other party to this Subcontract and with the American Arbitration Association.

**6.2.3** A demand for arbitration shall be made within the time limits specified in the conditions of the Prime Contract as applicable, and in other cases within a reasonable time after the claim has arisen, and in no event shall it be made after the date when institution of legal or equitable proceedings based on such claim would be barred by the applicable statute of limitations.

**6.2.4 Limitation on Consolidation or Joinder.** Except by written consent of the person or entity sought to be joined, no arbitration arising out of or relating to the Subcontract shall include, by consolidation or joinder or in any other manner, any person or entity not a party to the Subcontract under which such arbitration arises, unless it is shown at the time the demand for arbitration is filed that (1) such person or entity is substantially involved in a common question of fact or law, (2) the presence of such person or entity is required if complete relief is to be accorded in the arbitration, and (3) the interest or responsibility of such person or entity in the matter is not insubstantial. This agreement to arbitrate and any other written agreement to arbitrate with an additional person or persons referred to herein shall be specifically enforceable under applicable law in any court having jurisdiction thereof.

**6.2.5 Claims and Timely Assertion of Claims.** The party filing a notice of demand for arbitration must assert in the demand all claims then known to that party on which arbitration is permitted to be demanded.

**6.2.6 Judgment on Final Award.** The award rendered by the arbitrator or arbitrators shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

## ARTICLE 7: TERMINATION, SUSPENSION OR ASSIGNMENT OF THE SUBCONTRACT

### 7.1 TERMINATION BY THE CONTRACTOR

**7.1.1** If the Subcontractor persistently or repeatedly fails or neglects to carry out the Work in accordance with the Subcontract Documents or otherwise to perform in accordance with this Subcontract and fails within three days after receipt of written notice to commence and continue correction of such default or neglect with diligence and promptness, the Contractor may, after three days following receipt by the Subcontractor of written notice and without prejudice to any other remedy the Contractor may have, terminate the Subcontract and finish the Subcontractor's Work by whatever method the Contractor may deem expedient. If the unpaid balance of the Subcontract Sum exceeds the expense of finishing the Subcontractor's Work and other damages incurred by the Contractor and not expressly waived, such excess shall be paid to the Subcontractor. If such expense and damages, including liquidated damages attributable to the Subcontractor, exceed such unpaid balance, the Subcontractor shall pay the difference to the Contractor.

**7.1.2** If the Owner terminates the Contract for the Owner's convenience, the Contractor shall deliver written notice to the Subcontractor.

**7.1.3** Upon receipt of written notice of termination, the Subcontractor shall:
  a. Cease operations as directed by the Contractor in the notice;
  b. Take actions necessary, or that the Contractor may direct, for the protection and preservation of the Work; and
  c. Except for Work directed to be performed prior to the effective date of termination stated in the notice, terminate all existing Sub-subcontracts and purchase orders and enter into no further Sub-subcontracts and purchase orders.

**7.1.4** In case of such termination for the Owner's convenience, the Subcontractor shall be entitled to receive payment for Work executed, and costs incurred by reason of such termination.

## 7.2 SUSPENSION BY THE CONTRACTOR FOR CONVENIENCE

**7.2.1** The Contractor may, without cause, order the Subcontractor in writing to suspend, delay or interrupt the Work of this Subcontract in whole or in part for such period of time as the Contractor may determine. In the event of suspension ordered by the Contractor, the Subcontractor shall be entitled to an equitable adjustment of the Subcontract.

**7.2.2** An adjustment shall be made for increases in the Subcontract Time and Subcontract Sum. No adjustment shall be made to the extent:
  a. That performance is, was or would have been so suspended, delayed or interrupted by another cause for which the Subcontractor is responsible;
  b. That an equitable adjustment is made or denied under another provision of this Subcontract.

## 7.3 ASSIGNMENT OF THE SUBCONTRACT

**7.3.1** In the event of termination of the Prime Contract by the Owner, the Contractor may assign this Subcontract to the Owner, with the Owner's agreement, subject to the provisions of the Prime Contract and to the prior rights of the surety, if any, obligated under bonds relating to the Prime Contract. In such event, the Owner shall assume the Contractor's rights and obligations under the Subcontract Documents. If the Work of the Prime Contract has been suspended for more than 30 days, the Subcontractor's compensation shall be equitably adjusted.

**7.3.2** The Subcontractor shall not assign the Work of this Subcontract without the written consent of the Contractor, nor subcontract the whole of this Subcontract without the written consent of the Contractor, nor further subcontract portions of this Subcontract without written notification to the Contractor when such notification is requested by the Contractor.

## ARTICLE 8: THE WORK OF THIS SUBCONTRACT

**8.1** The Contractor contracts with the Subcontractor as an independent contractor to provide all labor, materials, equipment, and services reasonably inferable as necessary or incidental to complete the Work for the Project described in Article 1 and as may be set forth in further detail in Exhibit A, in accordance with, and reasonably inferable from, that which is indicated in the Subcontract Documents, and consistent with the Progress Schedule, as may change periodically. The Subcontractor shall perform the Subcontract Work under the general direction of the Contractor and in accordance with the Subcontract Documents.

**8.2** The Contractor's Work is the construction and services required of the Contractor to fulfill its obligations pursuant to the Prime Contract with the Owner. The Subcontract Work is a portion of the Contractor's Work.
  **8.2.1** The Contractor and the Subcontractor shall perform their obligations with integrity, ensuring at a minimum that:
    a. Conflicts of interest shall be avoided or disclosed promptly to the other Party; and
    b. The Contractor and the Subcontractor warrant that they have not and shall not

pay nor receive any contingent fees or gratuities to or from the other Party, including their agents, officers and employees, Subcontractors, or others for whom they may be liable, to secure preferential treatment.

## ARTICLE 9: DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

**9.1** The Subcontractor's date of commencement is the date from which the Contract Time of Paragraph 9.3 is measured; it shall be the date of this Agreement, as first written above, unless a different date is stated below, or provision is made for the date to be fixed in a notice to proceed issued by the Contractor.

**9.2** Unless the date of commencement is established by a notice to proceed issued by the Contractor, or the Contractor has commenced visible Work at the site under the Prime Contract, the Subcontractor shall notify the Contractor in writing not less than five days before commencing the Subcontractor's Work to permit the timely filing of mortgages, mechanic's liens, and other security interests.

**9.3** The Work of this Subcontract shall be substantially completed no later than **July 18, 2024.**

**9.4** With respect to the obligations of both the Contractor and the Subcontractor, time is of the essence of this Subcontract.

**9.5** No extension of time will be valid without the Contractor's written consent after claim made by the Subcontractor in accordance with Paragraph 5.3.

## ARTICLE 10: SUBCONTRACT SUM

*10.1.* The Contractor shall pay the Subcontractor in current funds for performance of the Subcontract the Subcontract Sum of **Eight Hundred Eighty Thousand One Hundred Sixty-Four Dollars and Sixty-Nine Cents ($880,164.69)** subject to additions and deductions as provided in the Subcontract Documents.

**10.2.** The Subcontract Sum is based upon the following alternates, if any, which are described in the Subcontract Documents and have been accepted by the Owner and the Contractor: N/A

**10.3.** Unit prices, if any, are as follows: N/A

## ARTICLE 11: PAYMENT BY CONTRACTOR

**11.1.** Payment of the Contract Sum shall be due when the Work is fully completed and performed in accordance with the applicable Contract Documents. It is agreed that payment by Contractor to Subcontractor hereunder is not due until 10 days after payment has been received by Contractor from Owner, or until after the passage of a reasonable time from which payment from Owner is due, whichever is sooner. "Reasonable time" as used herein shall not exceed 45 days.

**11.2.** Payment to the Subcontractor shall in no way relieve the Subcontractor of liability for any defect pertaining to the Work performed by Subcontractor of breach of any obligation under the Contract Documents.

**11.3.** The Contractor may withhold a retainage of amounts otherwise due under this Subcontract or any other contractual arrangement between the parties to cover the Contractor's reasonable estimate of any costs or liability the Contractor has incurred or may incur for which the Subcontractor may be responsible hereunder.

## ARTICLE 12: PROGRESS PAYMENTS

**12.1**  If the Work to be performed by Subcontractor extends for a period greater than one (1) month, Subcontractor may submit progress payment requests for the Work performed during the preceding month. Progress payment requests should be received by the 25th of the month. Contractor shall make payment of approved progress payment requests within ten (10) days of receipt of payment from Owner or General Contractor. Notwithstanding the foregoing, if Contractor fails to make payments hereunder, due to Owner non-payment caused by breach or default of Contractor or other subcontractor, then the Subcontractor may without prejudice to any other remedy it may have, after providing five (5) days written notice to Contractor, stop working until payment is received by the Subcontractor

**12.2**  If an application for payment is received by the Contractor after the application date fixed above, the Subcontractor's Work covered by it shall be included by the Contractor in the next application for payment submitted to the Owner.

**12.3**  Each application for payment shall be based upon the most recent schedule of values submitted by the Subcontractor in accordance with the Subcontract Documents. The schedule of values shall allocate the entire Subcontract Sum among the various portions of the Subcontractor's Work and be prepared in such form and supported by such data to substantiate its accuracy as the Contractor may require. This schedule, unless objected to by the Contractor, shall be used as a basis for reviewing the Subcontractor's applications for payment.

**12.4**  Applications for payment submitted by the Subcontractor shall indicate the percentage of completion of each portion of the Subcontractor's Work as of the end of the period covered by the application for payment.

**12.5**  Subject to the provisions of the Subcontract Documents, the amount of each progress payment shall be computed as follows:

**12.5.1**  Take that portion of the Subcontract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Subcontractor's Work by the share of the total Subcontract Sum allocated to that portion of the Subcontractor's Work in the schedule of values, less that percentage actually retained, if any, from payments to the Contractor on account of the Work of the Subcontractor. Pending final determination of cost to the Contractor of changes in the Work which have been properly authorized by the Contractor, amounts not in dispute shall be included to the same extent provided in the Prime Contract, even though the Subcontract Sum has not yet been adjusted;

**12.5.2**  Add that portion of the Subcontract Sum properly allocable to materials and equipment delivered and suitably stored at the site by the Subcontractor for subsequent incorporation in the Subcontractor's Work or, if approved by the Contractor, suitably stored off the site at a location agreed upon in writing, less the same percentage retainage required by the Prime Contract to be applied to such materials and equipment in the Contractor's application for payment;

**12.5.3**  Subtract the aggregate of previous payments made by the Contractor; and

**12.5.4**  Subtract amounts, if any, calculated under Subparagraph 11.7.1 or 11.7.2 which are related to Work of the Subcontractor for which the Owner has withheld or nullified, in whole or in part, a certificate of payment for a cause which is the fault of the Subcontractor.

**12.6**  Before issuance of a progress payment, the Subcontractor shall submit certified payrolls, and lien releases satisfactory to the Contractor that all bills for materials and equipment, and all known indebtedness connected with the Subcontractor's Work have been satisfied through the date covered by the progress payment.

**12.7** Upon the partial or entire disapproval by the Contractor of the Subcontractor's application for payment, the Contractor shall provide written notice to the Subcontractor. When the basis for the disapproval has been remedied, the Subcontractor shall be paid the amounts withheld.

# ARTICLE 13:  FINAL PAYMENT

**13.1**  Final payment, constituting the entire unpaid balance of the Subcontract Sum, shall be made by the Contractor to the Subcontractor when the Subcontractor's Work is fully performed in accordance with the requirements of the Subcontract Documents.  It is agreed that payment by Contractor to Subcontractor hereunder is not due until 10 days after payment has been received by Contractor from Owner, or until after the passage of a reasonable time from which payment from Owner is due, whichever is sooner. "Reasonable time" as used herein shall not exceed 45 days.

**13.2**  Before issuance of the final payment, the Subcontractor shall submit final unconditional lien releases satisfactory to the Contractor that all payrolls, bills for materials and equipment, and all known indebtedness connected with the Subcontractor's Work have been satisfied.

# ARTICLE 14:  INSURANCE AND BONDS

## 14.1  INSURANCE REQUIREMENTS

The Subcontractor shall purchase and maintain insurance of the following types of coverage and limits of   liability:

> Coverages, whether written on an occurrence or claims-made basis, shall be maintained as required in the Subcontract Documents without interruption from date of commencement of the Subcontractor's Work until date of final payment and termination of any coverage required to be maintained after final payment to the Subcontractor.
>
> Certificates of insurance acceptable to the Contractor shall be filed with the Contractor prior to commencement of the Subcontractor's Work. These certificates and the insurance policies required by this  Article 13 shall contain a provision that coverages afforded under the policies will not be canceled or allowed to  expire until at least 30 days' prior written notice has been given to the Contractor. If any of the foregoing insurance coverages are required to remain in force after final payment and are reasonably available,  an  additional certificate evidencing continuation of such coverage shall be submitted with the final application for  payment as required in Article 12. If any information concerning reduction of coverage is not furnished by the  insurer, it shall be furnished by the Subcontractor with reasonable promptness according to the Subcontractor's   information and belief.

## 14.2 PERFORMANCE BOND AND PAYMENT BOND:

> -*Performance Bonds* The penal amount of performance bonds at the time of contract award shall be  100 percent of the original contract price.
>
> -*Payment Bonds* The penal amount of payment bonds at the time of contract award shall be  100  percent of the original contract price.
>
> -*Surety for bonds.* The bonds shall be in the form of firm commitment, supported by corporate  sureties whose names appear on the list contained in Treasury Department Circular 570.

## 14.3 PROPERTY INSURANCE

**14.3.1** When requested in writing, the Contractor shall provide the Subcontractor with copies of the property and equipment policies in effect for the Project. The Contractor shall notify the Subcontractor if the required property insurance policies are not in effect.

**14.3.2** If the required property insurance is not in effect for the full value of the Subcontractor's Work, then the Subcontractor may purchase insurance for the value of the Subcontractor's Work.

**14.3.3** Property insurance for the Subcontractor's materials and equipment required for the Subcontractor's Work, stored off site or in transit and not covered by the Project property insurance, shall be paid for through the application for payment process.

### 14.4 WAIVERS OF SUBROGATION

**14.4.1** To the extent permitted under any applicable insurance policies, Contractor and Subcontractor agree to waive all rights against (1) each other and any of their subcontractors, sub subcontractors, agents, employees, each of the other, and (2 the Owner, the Architect and Architect's consultant is named as an additional insured and waivers of subrogation are granted, but only for claims that do not arise out of or allege to have been caused in whole or in part by the provision of professional services, separate contractors, and any of their subcontractors, sub-subcontractors, agents and employees for damages caused by fire or other causes of loss to the extent covered by property insurance provided under the Prime Contractor other applicable property insurance, except such rights as they may have to proceeds of such insurance held by the Owner as a fiduciary. The Subcontractor shall require of the Subcontractor's sub-subcontractors, agents and employees, by appropriate agreements, written where legally required for validity, similar waivers in favor of the parties enumerated herein. The policies shall provide such waivers of subrogation by endorsement or otherwise. A waiver of subrogation shall be effective as to a person or entity even though that person or entity would otherwise have a duty of indemnification, contractual or otherwise, did not pay the insurance premium directly or indirectly, and whether or not the person or entity had an insurable interest in the property damaged.

Subcontractor will not be allowed to start or continue any work until insurance requirements are fully satisfied. No payment will be made until Subcontractor provides required evidence of insurance coverage. Insurance must be continuously maintained by the Subcontractor.

All policies shall include a provision requiring thirty days' notice to the Contractor before the policy can be cancelled or materially changed.

Subcontractor shall ensure that it verifies with its insurance agent that all parties requiring Additional Insured status (i.e., Owner, Prime Contractors, etc.) under the Contract Documents, as incorporated into this Agreement, are provided Additional Insured status for this Project. This Additional Insured obligation shall be in the same form as required by Contractor and shall include Products Completed Operations on a Primary and Non-Contributory basis but shall apply solely to the extent of Subcontractor's legally valid indemnity obligations under this Agreement.

## ARTICLE 15: TEMPORARY FACILITIES AND WORKING CONDITIONS

**15.1** The Contractor shall furnish and make available to the Subcontractor the following temporary facilities, equipment and services; these shall be furnished at no cost to the Subcontractor unless otherwise indicated below: N/A

**15.2** Specific working conditions: N/A

## ARTICLE 16:  MISCELLANEOUS PROVISIONS

**16.1** Where reference is made in this Subcontract to a provision of another Subcontract Document, the reference refers to that provision as amended or supplemented by other provisions of the Subcontract Documents.

**16.2** Retainage and any reduction thereto is as follows: N/A

**16.3** Subcontractor will comply with the Davis Bacon Act 52.222-6 and submit certified payrolls weekly.

**16.4** Subcontractor shall comply with all OSHA and federal safety regulations applicable to the Work.

**16.5** Subcontractor shall comply with the attached Labor Standards Contract.

**16.6** If the subcontractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Contractor in the amount of $273.00 for each calendar day of delay until the work is completed or accepted.

## ARTICLE 17:  ENUMERATION OF SUBCONTRACT DOCUMENTS

**17.1** The Subcontract Documents, except for Modifications issued after execution of this Subcontract, are enumerated as follows: Documents as described in Article 1.1.

> **17.1.1** The Prime Contract, consisting of the Agreement between the Owner and Contractor dated as first entered above and the other Contract Documents enumerated in the Owner-Contractor Agreement.
>
> **17.1.2** The following Modifications to the Prime Contract, if any, issued subsequent to the execution of the Owner-Contractor Agreement but prior to the execution of this Agreement: N/A
>
> **17.1.3** Other Documents, if any, forming part of the Subcontract Documents are as follows:  N/A

## ARTICLE 18: SETTLEMENT OF DISPUTES

**18.1** Either party may litigate any dispute arising under or relating to this Subcontract. Such litigation shall be brought, and jurisdiction and venue shall be proper only in a state or a federal district court exercising jurisdiction over Duval County, FL. Pending resolution of any such dispute by settlement or by final judgment, the parties shall proceed diligently with performance.

**18.2** All claims, disputes, and other matters in question arising out of, or relating to, this Agreement or the Work to be performed by Subcontractor shall be decided in accordance with the procedure set forth in the contract between the Contractor and General Contractor or Owner. If a claim is filed in court or arbitration is commenced against Contractor pertaining to the Work performed by Subcontractor, Contractor shall be entitled to join Subcontractor in that proceeding, and Subcontractor agrees to be so joined.

**18.3** Unless the Contractor otherwise directs by written notice to the Subcontractor, no dispute relating to this Agreement or the Work to be performed by Subcontractor shall relieve the Subcontractor of the performance of any of his obligations hereunder. Subcontractor agrees to continue to perform the Work pending final resolution of any such dispute.

**18.4** Any claim of the Subcontractor which pertains to a claim which the Contractor would, in

turn, submit to the General Contractor or Owner such as a claim for a change order for extra work or an extension of time, which must be made within the time frame applicable to claims of the Contractor against the General Contractor or Owner so that the Contractor can submit the claim to the General Contractor or Owner in a timely manner. The Contract Documents between the Contractor and General Contractor or Owner setting forth the time periods for claims to be submitted are to be available to the Subcontractor.

## ARTICLE 19: ADDITIONAL PROVISIONS

**19.1** Notwithstanding any other provisions in this Agreement, any Prime Contract. Or any other Contract Documents, the following provisions shall apply, govern and control:
   A. In no event shall any party hereto be liable on any theory for consequential damages of any kind or from any cause or from any entity or person whether directly or indirectly, including but not limited to lost profit, loss of revenue, loss of use, loss of interest or other financing costs, or business interruption.
   B. Subcontractor shall be entitled to an equitable adjustment in time and compensation for (i) force majeure, (ii) site conditions, including obstructions, that are not shown in the project documents or that are not reasonably foreseeable, and (iii) delays, disruption, hindrances or impacts that are outside of Subcontractor's reasonable control, but only to the extent same is successfully asserted by Contractor against the Owner on behalf of the Subcontractor.

This Agreement entered into as of the ___ day of _1/4/2023_____, 2022.

| CONTRACTOR: | SUBCONTRACTOR: |
|---|---|
| AEM Services | W.W. Gay Fire Protection, Inc d/b/a W.W. Gay Fire & Integrated Systems, Inc. |
| BY: _Angelyca Russell_ | BY: _Tim Tickle_ |
| Owner | General Manager |
| Title | Title |
| 01/06/2023 | 1/4/2023 |
| Date | Date |