# Statement

W.W. Gay Fire Protection, Inc.

| Date |
|---|
| 12/10/2024 |

**To:**

AEM Services
102 Peachtree St.
Ft. Valley, GA 31030
accountspayable@aemsvcsllc.com

| Amount Due | Amount Enc. |
|---|---|
| $257,702.54 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| | 218322 B1343 EL and Lighting Upgrd (CPR)- | | |
| 01/31/2024 | INV #218322-8. Due 03/01/2024. Orig. Amount $170,330.00. 01/22/2024 | 28,002.88 | 28,002.88 |
| 03/31/2024 | INV #218322-9. Due 04/30/2024. Orig. Amount $93,150.00. 03/14/2024 | 93,150.00 | 121,152.88 |
| 07/31/2024 | INV #218322-10. Due 08/30/2024. Orig. Amount $103,800.00. 07/25/2024 | 103,800.00 | 224,952.88 |
| 08/31/2024 | INV #218322-11. Due 09/30/2024. Orig. Amount $15,726.33. 08/26/2024 | 15,726.33 | 240,679.21 |
| 09/30/2024 | INV #218322-12F. Due 10/30/2024. Orig. Amount $17,023.33. 09/24/2024 | 17,023.33 | 257,702.54 |

EXHIBIT
**C**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 0.00 | 0.00 | 17,023.33 | 15,726.33 | 224,952.88 | $257,702.54 |