## UNITED STATES DISTRICT COURT
## IN AND FOR MIDDLE DISTRICT OF FLORIDA
## (Jacksonville Division)

UNITED STATES OF AMERICA,
for the use of W.W. Gay Fire Protection, Inc.,
d/b/a W.W. Gay Fire & Integrated Systems, Inc.,
a Florida corporation;

    Plaintiff,

v.

AEM SERVICES, LLC, a Georgia
limited liability company; and
MERCHANTS BONDING COMPANY
(MUTUAL), an Iowa corporation;

    Defendants.
_____/

Case No. 3:25-00002

### W.W. GAY FIRE PROTECTION, INC.'S CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to Fed. R.Civ. Pro. 7.1:

W.W. Gay Fire Protection, Inc. d/b/a W.W. Gay Fire & Integrated Systems is wholly owned by Sciens Building Solutions.

I HEREBY CERTIFY that I presented this Corporate Disclosure Statement for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to parties and/or counsel of record on this 2nd day of January, 2025

Respectfully submitted,

**TRITT & ASSOCIATES, P.A.**

s/Helen H. Albee
Helen H. Albee
Fla. Bar No. 0987247
707 Peninsular Place
Jacksonville, FL 32204
Phone: (904) 354-5200
Fax: (904) 354-5256
Helen.albee@atritt.com
*Lead Counsel for Defendant W.W. Gay Fire Protection, Inc.*

2

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 29th day of March, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel and/or parties of record in the case.

*s/Helen H. Albee*
Helen H. Albee
