*25-000005319*

**CHIEF FINANCIAL OFFICER**
**JIMMY PATRONIS**
STATE OF FLORIDA

---

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF W.W. GAY FIRE PROTECTION, INC. D/B/A W.W. GAY FIRE & INTEGRATED SYSTEMS, INC. | CASE #: 3:25-CV-00002-TJC-LLL |
| | COURT: DISTRICT COURT |
| PLAINTIFF(S) | COUNTY: MIDDLE DISTRICT OF FLORIDA |
| VS. | DFS-SOP #: 25-000005319 |
| AEM SERVICES, LLC AND MERCHANTS BONDING COMPANY (MUTUAL) | |
| DEFENDANT(S) | |

_____/

SUMMONS, COMPLAINT, EXHIBIT, NOTICE OF LOCAL RULE

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Tuesday, January 7, 2025 and a copy was forwarded by ELECTRONIC DELIVERY on Wednesday, January 8, 2025 to the designated agent for the named entity as shown below.

MERCHANTS BONDING COMPANY (MUTUAL)
JAY FARLEY
P.O. BOX 14498
DES MOINES, IA 50306-3498

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

*Jimmy Patronis*

Jimmy Patronis
Chief Financial Officer

KAREN E FARBER
LEGAL ASSISTANT
TRITT & ASSOCIATES, P.A.
707 PENINSULAR PLACE
JACKSONVILLE, FL 32204

AC2