UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:25-cv-00002-TJC-LLL

UNITED STATES OF AMERICA, for the use of W.W. Gay Fire Protection, Inc., d/b/a W.W. Gay Fire & Integrated Systems, Inc., a Florida corporation;

 Plaintiff,

v.

AEM SERVICES, LLC, a Georgia limited liability company; and MERCHANTS BONDING COMPANY (MUTUAL), an Iowa corporation;

 Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT, MERCHANTS BONDING COMPANY (MUTUAL)

 COMES NOW the law firm of Paskert Divers Thompson and enters its appearance as counsel of record for Defendant, MERCHANTS BONDING COMPANY (MUTUAL), and requests that all notices given or required to be given and all papers served or required to be served, including all correspondence, be directed to the undersigned counsel at the address listed below.

            PASKERT DIVERS THOMPSON

             /s/ *Ryan J. Weeks*
            Ryan J. Weeks, Esq.
            Florida Bar No. 57897

                100 N. Tampa Street, Suite 3700
                Tampa, FL 33602
                Telephone: (813) 229-3500
                Facsimile: (813) 229-3502
                Primary Email:
                rweeks@pdtlegal.com
                Secondary Email:
                jdorta@pdtlegal.com
                *Counsel for Defendant, Merchants Bonding Company (Mutual)*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically sends an e-mailed copy of the foregoing to all registered users.

                                                        /s/ *Ryan J. Weeks*
                Attorney