| CIVIL SERVICE INFORMATION | | | |
|---|---|---|---|
| CIVIL PAPER TYPE: COURT SUMMONS (COMPLAINT) | RECEIVED DATE: 01/13/2025 | CIVIL CASE NO: | 3:25-CV-00002-TJC-LL |
| REMARKS: | | DOCKET NO: | 25-01-67 |

**SUMMONS IN A CIVIL ACTION**

### DEFENDANT INFORMATION (PERSON)

| LOCATION: | GA | ZONE: | MAP NO: |
|---|---|---|---|
| OFF OF STREET: | | NAME: , | |

### DEFENDANT INFORMATION (BUSINESS)

| LOCATION: | 10966 MIAMI VALLEY ROAD FORT VALLEY GA | ZONE: | MAP NO: |
|---|---|---|---|
| OFF OF STREET: | | NAME: AEM SERVICES, LLC - C/O ANGELYCA RUSSELL | |

### SERVICE ATTEMPTS

| DATE | TIME | SERVED | NO CONTACT | LEFT NOTE | OFFICER |
|---|---|---|---|---|---|
| 1/15/25 | 1922 | [ ] | [✓] | [ ] | 325 |
| 11-18-25 | 1905 | [ ] | [✓] | [ ] | 303 |
| 1/24/25 | 0740 | [✓] | [ ] | [ ] | 308 |
| | | [ ] | [ ] | [ ] | |
| | | [ ] | [ ] | [ ] | |
| | | [ ] | [ ] | [ ] | |
| | | [ ] | [ ] | [ ] | |
| | | [ ] | [ ] | [ ] | |

NOTES: _____

### PERSON ARREST/BOOKING INFO (IF AVAILABLE, REQUIRES MATCHING ID)

,
LAST KNOWN ADDRESS:    GA

PHONE
OCCUPATION
LAST KNOWN EMPLOYER AND ADDRESS    /,

RACE:    HEIGHT:    AGE:
SEX:    WEIGHT:
HAIR:    DOB:
EYES:    SSN:

### PREVIOUS CIVIL PAPERS

| PAPER TYPE | RECEIVED DATE | REMARKS |
|---|---|---|

### PREVIOUS CHARGES / ARRESTS DATE

| ARRESTING OFFICER | ARREST DATE | CHARGE DESCRIPTION |
|---|---|---|

### PREVIOUS WARRANTS

| WARRANT TYPE | REC DATE | CHARGE DESCRIPTION |
|---|---|---|

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use of W.W. Gay Fire Protection, Inc.,<br>d/b/a W.W. Gay Fire & Integrated Systems, Inc.,<br><br>*Plaintiff(s)*<br>v.<br>AEM SERVICES, LLC, a Georgia<br>limited liability company; and<br>MERCHANTS BONDING COMPANY<br>(MUTUAL), an Iowa corporation<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-00002-TJC-LLL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AEM SERVICES, LLC
Angelyca Russell, Register Agent/President
10966 Miami Valley Road
Fort Valley, GA 31030 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Helen H. Albee, Esq.
Tritt & Associates, P.A.
707 Peninsular Place
Jacksonville, FL 32204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JessicaMelendez

Date: January 3, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-00002-TJC-LLL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **Ian Russell**
_____ , a person of suitable age and discretion who resides there,
on *(date)* **1/24/25**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **1/24/25**

*Server's signature:* **Dep. B. ⟨signature⟩ #308**

*Printed name and title:* **Dep. B. Snyder #308**

*Server's address:* **1007 Spruce ST. ExT. FT. Valley, Ga**

Additional information regarding attempted service, etc:

25-01-67
D46  P43

[Print]   [Save As...]                                   [Reset]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-00002-TJC-LLL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
   on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **Ian Russell**
   _____ , a person of suitable age and discretion who resides there,
   on *(date)* **1/24/25** , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
   _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **1/24/25**

*Server's signature:* **Dep. B. ☐ #308**

*Printed name and title:* **Dep. Brock W. Snyder #305**

*Server's address:* **1007 Spruce ST. Ext. Ft. Valley, Ga. 31030**

Additional information regarding attempted service, etc:

25-01-67
D46  P43

[Print]  [Save As...]                                         [Reset]