UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:25-cv-00002-TJC-LLL

UNITED STATES OF AMERICA, for the use
of W.W. Gay Fire Protection, Inc., d/b/a
W.W. Gay Fire & Integrated Systems, Inc., a
Florida corporation;

     Plaintiff,

v.

AEM SERVICES, LLC, a Georgia limited
liability company; and MERCHANTS
BONDING COMPANY (MUTUAL), an
Iowa corporation;

     Defendants.

_____/

## DEFENDANT, MERCHANTS BONDING COMPANY (MUTUAL)'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant, MERCHANTS BONDING COMPANY (MUTUAL) ("Merchants"), by and through its undersigned counsel, and pursuant to Rule 6, Fed. R. Civ. P., and Local Rule 3.01, files this Unopposed Motion for Extension of Time to File Response to Plaintiff's, UNITED STATES OF AMERICA, for the use of W.W. GAY FIRE PROTECTION, INC., d/b/a W.W. GAY FIRE & INTEGRATED SYSTEMS, INC., Complaint [Dkt. 1].

1.    Plaintiff filed its Complaint against Merchants and AEM Services, LLC (AEM) on January 2, 2025. [Dkt. 1].

2.      Merchants' response to the Complaint was due by February 11, 2025.

3.      Plaintiff and Merchants are currently working through settlement discussions and expect to be able to resolve the matter within the next 30 days.

4.      Rule 6(b), Fed. R. Civ. P., permits an extension of time for good cause shown. *Jozwiak v. Stryker Corp.*, 6:09-CV-1985-ORL-19GJK, 2010 WL 743834 at *2 (M.D. Fla. Feb. 26, 2010).  Rule 6(b)(1)(B) requires a showing of good faith by the party seeking enlargement and a reasonable basis for the delay. *In re Four Seasons Sec. Laws Litig.*, 493 F.2d 1288, 1290 (10th Cir. 1974).  Courts have wide discretion to grant enlargements of time, with or without motion. *Choi v. Chemical Bank*, 939 F. Supp. 304 (S.D.N.Y.1996); Caraballo v. Lykes Bros. S. S. Co., 212 F. Supp. 216 (E.D.Pa.1962).

5.      Merchants submits that the facts stated above constitute the requisite good cause and no parties are prejudiced by the extension.

## CONCLUSION

Accordingly, Merchants respectfully requests that the Court enter an Order extending its time to file its response to the Complaint through Friday, March 14, 2025.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Counsel for Merchants, Ryan J. Weeks, certifies that he communicated with Counsel for Plaintiff, Helen H. Albee.  Plaintiff does not oppose

Merchants' requested relief for an extension to file a response to the Complaint through Friday, March 14, 2025.

PASKERT DIVERS THOMPSON

/s/ Ryan J. Weeks
Ryan J. Weeks, Esq.
Florida Bar No. 57897
100 N. Tampa Street, Suite 3700
Tampa, FL 33602
Telephone: (813) 229-3500
Facsimile: (813) 229-3502
Primary Email:
rweeks@pdtlegal.com
Secondary Email:
jdorta@pdtlegal.com
*Counsel for Defendant, Merchants Bonding Company (Mutual)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically sends an e-mailed copy of the foregoing to all registered users.

/s/ Ryan J. Weeks
Attorney