**UNITED STATES DISTRICT COURT**
**IN AND FOR MIDDLE DISTRICT OF FLORIDA**
**(Jacksonville Division)**

UNITED STATES OF AMERICA,
for the use of W.W. Gay Fire Protection, Inc.,
d/b/a W.W. Gay Fire & Integrated Systems, Inc.,
a Florida corporation;

    Plaintiff,

v.

                              Case No. 3:25-00002

AEM SERVICES, LLC, a Georgia
limited liability company; and
MERCHANTS BONDING COMPANY
(MUTUAL), an Iowa corporation;

    Defendants.
_____/

## PLAINTIFF W.W. GAY FIRE PROTECTION INC.'s MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT AEM SERVICES, LLC

Plaintiff, W. W. GAY FIRE PROTECTION, INC, by and through its undersigned counsel, pursuant to FED. R.CIV. PRO. 50(a), and moves for entry of a default by the clerk against Defendant, AEM SERVICES LLC, against whom affirmative relief is sought in the Complaint for failure to plead or otherwise defend this action.  In support hereof, Plaintiff relies upon the affidavit of service upon AEM Services, LLC filed herein as Document 10.

Dated: February 21, 2025

Respectfully submitted,

**TRITT & ASSOCIATES, P.A.**

s/Helen H. Albee
Helen H. Albee
Fla. Bar No. 0987247
707 Peninsular Place
Jacksonville, FL 32204
Phone: (904) 354-5200
Fax: (904) 354-5256
Helen.albee@atritt.com
***Lead Counsel for Defendant
W.W. Gay Fire Protection, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the foregoing for filing and uploading to the Clerk of the Court through the CM/ECF system which will automatically provide notification of such filing and serve the document by email to the attorneys of record on this 21st day of February, 2025.

*S/Helen H. Albee*
Helen H Albee