UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                         Case No. 3:25-cv-2-TJC-LLL

AEM SERVICES, LLC, et al.,

    Defendants.

_____

## ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), default is entered against the defendant **AEM SERVICES, LLC,** in Jacksonville, Florida, on the 8th day of March 2025.

                                            ELIZABETH M. WARREN, CLERK

                                            /s/ N. Kojic, Deputy Clerk

Copies furnished to:
Counsel of record