**UNITED STATES DISTRICT COURT**
**IN AND FOR MIDDLE DISTRICT OF FLORIDA**
**(Jacksonville Division)**

UNITED STATES OF AMERICA,
for the use of W.W. Gay Fire Protection, Inc.,
d/b/a W.W. Gay Fire & Integrated Systems, Inc.,
a Florida corporation;

    Plaintiff,

v.

                                   Case No. 3:25-cv-00002-TJC-LLL

AEM SERVICES, LLC, a Georgia
limited liability company; and
MERCHANTS BONDING COMPANY
(MUTUAL), an Iowa corporation;

    Defendants.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, W. W. Gay Fire Protection, Inc., by and through its respective undersigned counsel, hereby files this notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of the dismissal of all claims asserted against Defendant AEM Services, LLC in the above-captioned action in their entirety, without prejudice.

Dated: March 17, 2025

Respectfully submitted,

**TRITT & ASSOCIATES, P.A.**

<u>s/Helen H. Albee</u>
Helen H. Albee
Fla. Bar No. 0987247
707 Peninsular Place
Jacksonville, FL 32204
Phone: (904) 354-5200
Fax: (904) 354-5256
Helen.albee@atritt.com
***Lead Counsel for Defendant***
***W.W. Gay Fire Protection, Inc.***

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that I presented the foregoing for filing and uploading to the Clerk of the Court through the CM/ECF system which will automatically provide notification of such filing and serve the document by email to the attorneys of record on this 17th day of March, 2025.

<u>*s/Helen H. Albee*</u>
Helen H Albee