## UNITED STATES DISTRICT COURT
## IN AND FOR MIDDLE DISTRICT OF FLORIDA
### (Jacksonville Division)

UNITED STATES OF AMERICA,
for the use of W.W. Gay Fire Protection, Inc.,
d/b/a W.W. Gay Fire & Integrated Systems, Inc.,
a Florida corporation;

    Plaintiff,

v.

                                              Case No. 3:25-cv-00002-TJC-LLL

AEM SERVICES, LLC, a Georgia
limited liability company; and
MERCHANTS BONDING COMPANY
(MUTUAL), an Iowa corporation;

    Defendants.
_____/

## **JOINT STIPULATION OF DISMISSAL**

    Plaintiff, W. W. Gay Fire Protection, Inc., and Defendant Merchants Bonding Company (Mutal), by and through their respective undersigned counsel, by and through its undersigned counsel, hereby jointly stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of all claims asserted against Defendant Merchants Bonding Company (Mutual) in the above-captioned action in their entirety, with prejudice, with each party to this Stipulation bearing its own costs and attorneys' fees incurred in this action.

Dated: March 17, 2025

Respectfully submitted,

| TRITT & ASSOCIATES, P.A. | PASKERT DIVERS THOMPSON |
|---|---|
| s/*Helen H. Albee* <br> Helen H. Albee <br> Fla. Bar No. 0987247 <br> 707 Peninsular Place <br> Jacksonville, FL 32204 <br> Phone: (904) 354-5200 <br> Fax: (904) 354-5256 <br> Helen.albee@atritt.com <br> **Lead Counsel for Defendant W.W. Gay Fire Protection, Inc.** | /s/ *Ryan J. Weeks* <br> Ryan J. Weeks, Esq. <br> Florida Bar No. 57897 <br> 100 N. Tampa Street, Suite 3700 <br> Tampa, FL 33602 <br> Telephone: (813) 229-3500 <br> Facsimile: (813) 229-3502 <br> Primary Email: rweeks@pdtlegal.com <br> Secondary Email: jdorta@pdtlegal.com <br> **Counsel for Defendant, Merchants Bonding Company (Mutual)** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the foregoing for filing and uploading to the Clerk of the Court through the CM/ECF system which will automatically provide notification of such filing and serve the document by email to the attorneys of record on this 17th day of March, 2025.

*s/Helen H. Albee* <br> Helen H Albee
