**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA, for the use of W.W. Gay Fire Protection, Inc., dba W.W. Gay Fire & Integrated Systems, Inc., a Florida corporation,

    Plaintiff,

v.

Case No. 3:25-cv-2-TJC-LLL

AEM SERVICES, LLC, a Georgia limited liability company and MERCHANTS BONDING COMPANY (MUTUAL), an Iowa corporation,

    Defendants.

## O R D E R

Upon review of the Notice of Voluntary Dismissal (Doc. 15) filed on March 17, 2025, this case is dismissed without prejudice as to AEM Services, LLC.

Upon review of the Joint Stipulation of Dismissal (Doc. 16), filed on March 17, 2025, this case is dismissed with prejudice as to Merchants Bonding Company (Mutual). The United States of America for the use of W.W. Gay Fire Protection, Inc., dba W.W. Gay Fire & Integrated Systems, Inc., and Merchants Bonding Company (Mutual) shall each bear their own attorneys' fees and costs.

The Clerk should close the file and terminate any pending motions and deadlines.

2

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of April, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Counsel of record

2